# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Glenn Herr, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cornhusker Farms; James Husby, | ) | |
| individually; and Zylstra | ) | |
| Investigations, LLC, | ) | |
| | ) | |
| | ) | Case No. 1-15-cv-174 |
| Defendants. | ) | |

The court previously granted Defendant Cornhusker Farms' Motion for Substitution of Counsel, which substituted Jerry W. Evenson and Evenson Sanderson, PC for Andrew J.Q. Weiss and Legacy Law Firm as its counsel. (Docket No. 54). Subsequently, attorney Evenson filed clarifying documents indicating his representation is limited to defending Cornhusker Farms against the allegations set forth in the complaint in this matter. (Docket No. 1). This representation does not extend to Cornhusker Farms' counterclaims against Glenn Herr.

The court **AMENDS** its prior order (Docket No. 54) as follows:

1.      Jerry W. Evenson and Evenson Sanderson, PC shall be substituted for Andrew J.Q. Weiss and Legacy Law Firm as counsel for Cornhusker Farms regarding the claims asserted against Cornhusker Farms.

2.      Andrew J.Q. Weiss and Legacy Law Firm shall remain as counsel for Cornhusker Farms regarding its counterclaims against Glenn Herr.

**IT IS SO ORDERED.**

Dated this 20th day of October, 2016.

/s/  Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court