# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Glenn Herr, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Cornhusker Farms; James Husbey, | ) | |
| individually; and Zylstra Investigations, | ) | |
| LLC, | ) | Case No.  1:15-cv-174 |
| | ) | |
| Defendants. | ) | |

The court shall hold a status conference with the parties by telephone on December 14, 2016, at 10:00 a.m. CST.  The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 28th day of November, 2016.

*/s/ Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court