# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Glenn Herr, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Cornhusker Farms; James Husbey, individually; and Zylstra Investigations, LLC, | ) Case No. 1:15-cv-174 |
| Defendants. | ) |

The court held status conference in the above-entitled action December 14, 2016. Pursuant to its discussion with the parties, the court shall, on its own motion, continue the final pretrial conference and trial. Accordingly, the final pretrial conference set for January 11, 2017, shall be rescheduled for April 5, 2017, at 2:00 p.m. by telephone. The court shall initiate the conference call. The jury trial set for January 24, 2017, shall be rescheduled for April 17, 2017, at 9:30 a.m. in Bismarck (Eagle Courtroom). A seven (7) day trial is anticipated. The request for an extension of time filed *pro se* by Defendant James Husby (Docket No. 70) is deemed **MOOT.**

**IT IS SO ORDERED.**

Dated this 14th day of December, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court