# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Glenn Herr, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING MOTIONS** |
| | ) | **IN LIMINE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cornhusker Farms; James Husby, | ) | |
| individually; and Zylstra | ) | |
| Investigations, LLC, | ) | |
| | ) | Case No. 1-15-cv-174 |
| Defendants. | ) | |

In the court's Pretrial Order (Docket No. 26), the court set the motions in limine deadline for thirty (30) days prior to trial. Trial is currently set to begin April 17, 2017, making the motions in limine deadline March 17, 2017. Upon Zylstra Investigations, LLC's motion (Docket No. 83), the court extended the deadline to today, March 20, 2017. (Docket No. 84). Subsequent to the filing of that order, Glenn Herr filed a response (Docket No. 87), wherein he suggested the court extend the deadline for motions in limine until April 3, 2017. Herr asserts this date is appropriate because the parties currently have a settlement conference Judge Senechal set for March 29, 2017, and this would allow for a more efficient allocation of time and effort for the parties.

The court finds Herr's points to be well-founded. Accordingly, the court **AMENDS** its prior order (Docket No. 84), insofar as motions in limine shall now be due by April 3, 2017.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
