# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Glenn Herr, | ) |
|       Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **OF DISMISSAL** |
| vs. | ) |
| Cornhusker Farms; James Husby, individually; and Zylstra Investigations, LLC, | ) |
| | ) Case No. 1:15-cv-174 |
|       Defendants. | ) |

Before the court is a "Stipulation of Dismissal" filed by the parties on May 22, 2017. The court **ADOPTS** the stipulation (Docket No. 147) and **DISMISSES** the above-entitled action with prejudice and without further costs to any of the parties.

**IT IS SO ORDERED.**

Dated this 23rd day of May, 2017.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court